BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARIA VIRGINIA REYES,<br><br>　　　　Defendant.<br>_____ | No. CR 10-146 VRW<br><br>STIPULATION and [PROPOSED]<br>ORDER TO ADVANCE CHANGE OF<br>PLEA HEARING<br><br>Date: November 04, 2010<br>Time: 2:00 p.m. |

Undersigned counsel stipulate as follows:

1. A change of plea hearing is currently scheduled in this matter on November 04, 2010 at 2:00 p.m.;

2. The parties wish to advance the change of plea hearing to October 12, 2010 to accommodate the schedule of new undersigned defense counsel. Courtroom Deputy Cora Klein has advised the parties that the requested date is available;

3. For this reason, defense counsel requests that the sentencing hearing be moved forward to October 12, 2010 at 11:00 a.m.

IT IS SO STIPULATED.

DATED:    October 8, 2010              _____/s/_____

　　　　　　　　　　　　　　　　　　　　ELIZABETH M. FALK
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

*Stip to Advance COP*; **CR** 10-146 VRW

DATED:    October 8, 2010              _____/s/_____

                                       THOMAS MOORE
                                       Assistant United States Attorney

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the Change Of Plea hearing, previously scheduled for November 04, 2010 at 2:00 p.m., is hereby ADVANCED to October 12, 2010 at 11:00 a.m.

IT IS SO ORDERED.

DATED: 10/12/2010                      _____
                                       THE HONORABLE VAUGHN R. WALKER
                                       CHIEF UNITED STATES DISTRICT JUDGE

*Stip to Advance COP;* **CR** 10-146 VRW                    2