BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant REYES

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
3/29/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-146 JW |
| Plaintiff, | **DEFENDANT'S STIPULATION AND [PROPOSED] ORDER FOR THIRTY DAY EXTENSION OF SELF-SURRENDER DATE** |
| v. | Date: March 31, 2011<br>Time: 12:00 p.m.<br>Court: Hon. James Ware |
| VIRGINIA REYES, | |
| Defendant. | |

Defendant Virginia Reyes hereby requests the Court to extend her self-surrender date to the U.S. Marshal Service or to her designated institution, FCI Dublin, by thirty days, to May 1, 2011 by 2:00 p.m. Her current surrender date is March 31, 2011. The sentence imposed by Judge Walker that she is set to serve is 24 months. The charge underlying the sentence is tax evasion.

The reason for the request is that Ms. Reyes was recently terminated from her employment. This resulted in an immediate loss of her medical insurance. Ms. Reyes has several medical issues she needs to attend to prior to her self-surrender to Dublin, as she will not have access to comparable

DEF. MOTION TO EXTEND
No CR-10-146 JW

1  medical care while in the custody of the Bureau of Prisons.  She has scheduled those appointments
2  for the month of April, 2011.
3       Assistant United States Attorney Thomas Moore has been contacted by defense counsel, and
4  has no objection to defendant's request for thirty additional days for self-surrender to FCI Dublin, as
5  indicated by his electronic signature at the conclusion of this stipulation.
6       WHEREBY, Ms. Reyes prays that this Court will grant the requested relief, and will extend
7  her self-surrender date to May 1, 2011 at 2:00 p.m.

Dated: March 23, 2011            /s/
                                 ELIZABETH M. FALK
                                 Counsel for Maria Reyes

Dated: March 23, 2011            /s/
                                 THOMAS MOORE
                                 Assistant United States Attorney

## [PROPOSED] ORDER

For the reasons stated in this stipulation, it is hereby ORDERED that the self-surrender date for Maria Virginia Reyes to FCI Dublin or the United States Marshal Service shall be extended by thirty days.  The new surrender date shall by **May 2, 2011** at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 29, 2011

                                 _____
                                 THE HONORABLE JAMES WARE
                                 Chief Judge
                                 United States District Court, Northern District of California

DEF. MOTION TO EXTEND
No CR-10-146 JW                           1